**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7364**

_____

TREVOR MOHAMMED,

Plaintiff – Appellant,

v.

DENNIS DANIELS; WHITNEY DRIVER; JOHN HERRING; ROBERT OWENS;
JACKIE PARKER; ENNIS OATS; DONALD POLT; PAULA SMITH;
CARLTON JOYNER; BOBBY MARSHALL; ROBERT LEWIS; REBEKAH
MICKLOS, Executrix of the Estate of Defendant Dr. Donald V.
Micklos,

Defendants – Appellees,

and

DONALD MICKLOS,

Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan,
District Judge. (5:13-ct-03077-FL)

_____

Submitted: January 17, 2017      Decided: January 20, 2017

_____

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Trevor Mohammed, Appellant Pro Se. Yvonne Bulluck Ricci,
Assistant Attorney General, Raleigh, North Carolina; Kelly

Street Brown, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Mohammed appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mohammed v. Daniels, No. 5:13-ct-03077-FL (E.D.N.C. Aug. 31, 2016). We also deny Mohammed's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3